SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>      Plaintiff;<br><br>   vs.<br><br>Ridhwan Taher Hussainmaswara,<br><br>et al,<br><br>      Defendants. | Case No. **2:12-cv-00678-WBS-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

     IT IS SO ORDERED that the above-entitled action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2).

                    Date:  April 11, 2012

                    *[signature]*
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE